**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
Olympic Towers, Suite 250
300 Pearl Street
Buffalo, NY 14202
www.nywb.uscourts.gov

| | | |
|---|---|---|
| In Re:<br>Michael S. Milner | SSN/TaxID: xxx–xx–5395 | Case No.: 1–04–12081–CLB<br>Chapter: 7 |
| | Debtor(s) | |
| Mary Beth Milner<br>Plaintiff(s)<br>v.<br>Michael S. Milner<br>Defendant(s) | | A.P. No.: 1–04–01313–CLB |

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on August 15, 2006 . The undersigned deputy clerk of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Dated: August 15, 2006

Paul R. Warren
Clerk, U.S. Bankruptcy Court

By: J. Rodriguez
Deputy Clerk

**Form ntcentry**
Doc 31